# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2023-3540
LT Case No. 2023-SC-5024-A

_____

KAYLA HALL,

Appellant,

v.

DANIEL HEZLEP,

Appellee.

_____

On appeal from the County Court for Lake County.
Chad J. Monty, Judge.

Kayla Hall, Leesburg, pro se.

No Appearance for Appellee.

May 7, 2024

PER CURIAM.

AFFIRMED.

JAY, HARRIS, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____